David H. POWELL, Petitioner,

v.

SOCIAL SECURITY
ADMINISTRATION,
Respondent.

No. 02–3107.

United States Court of Appeals,
Federal Circuit.

March 18, 2002.

ORDER

The parties having so agreed, it is

ORDERED that the proceeding is DIS-MISSED under Fed. R.App. P. 42(b).

KOLLMORGEN CORPORATION,
Plaintiff–Appellee,

v.

YASKAWA ELECTRIC CORPORA-
TION and Yaskawa Electric Amer-
ica, Inc., Defendants–Appellants.

No. 02–1057.

United States Court of Appeals,
Federal Circuit.

March 18, 2002.

ORDER

The parties having so agreed, it is

ORDERED that the proceeding is DIS-MISSED under Fed. R.App. P. 42(b).